Andrew A. Bao, Esq.
Nevada State Bar No. 10508
ANDREW BAO & ASSOCIATES
8020 S. Rainbow Blvd., Ste 100-163
Las Vegas, NV  89139
Tel: (725) 204-9579
abao@abao.law

**Attorneys for Plaintiff,**
**XIN TAO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| XIN TAO, an individual<br><br>　　　　　Plaintiff;<br><br>　　v.<br><br>RYAN MURPHY, an individual; AIRBNB, INC. a Delaware Corporation, DOES I through X, inclusive.<br><br>　　　　　Defendants. | CASE NO.   2:25-cv-00149-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT AIRBNB, INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**<br><br>[ECF No. 12] |

　　　Xin Tao ("Plaintiff") and Airbnb, Inc. ("Airbnb") hereby stipulate that Plaintiff shall have up to and including **April 4, 2025**, to file responses to Airbnb's Motion to Compel Arbitration (ECF No. 9) and Motion to Dismiss Complaint (ECF No. 10). The current deadline for the responses is March 28, 2025.

　　　Airbnb shall have until **May 4, 2025,** to file its replies to Plaintiff's responses.

　　　Good cause exists to grant this extension.  Airbnb filed a response in this action on March 14, 2025.  Defendant Ryan Murphy has yet to appear in this action.  The parties have recently discussed possible settlement.  This is the parties' first request for an extension of this deadline and is not

///

///

1

1  intended to cause any delay or prejudice to any party.

2      IT IS SO STIPULATED.

| FINNEMORE CRAIG, P.C. | ANDREW BAO & ASSOCIATES |
|---|---|
| /s/ Caleena S. Braig (w/authorization)<br>RICHARD I. DREITZER, ESQ.<br>Nevada Bar No. 6626<br>CALEENA S. BRAIG, ESQ.<br>*Admitted Pro Hac Vice*<br>9275 W. Russell Road, Suite 240<br>Las Vegas, NV 89148<br>*Attorneys for Defendant*<br>*AIRBNB, INC.* | /s/ Andrew Bao<br>ANDREW A. BAO, ESQ.<br>Nevada Bar No. 10508<br>8020 S. Rainbow Boulevard, Suite 100-163<br>Las Vegas, NV 89139<br>*Attorneys for Plaintiff*<br>*XIN TAO* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 3, 2025