**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd (NV Bar No. 1633)
Chelsie A. Adams (NV Bar No. 13058)
Caleena S. Braig (CO Bar No. 51762) (*Admitted Pro Hac Vice*)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fennemorelaw.com;
cadams@fennemorelaw.com;
cbraig@fennemorelaw.com

*Attorneys for Defendant, AIRBNB, INC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| XIN TAO, *an individual,*<br><br>Plaintiff,<br><br>v.<br><br>RYAN MURPHY, *an individual*; AIRBNB, INC., *a Delaware corporation*, DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00149-JAD-MDC<br><br>**DEFENDANT AIRBNB INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER TO FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Defendant Airbnb, Inc. ("Airbnb" or "Defendant"), by and through its counsel of record, Christopher H. Byrd, Esq., Chelsie A. Adams, Esq., and Caleena S. Braig, Esq. of the law firm of Fennemore Craig, P.C., respectfully moves pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) for a brief extension of time, nunc pro tunc, to file its Answer to Plaintiff Xin Tao's First Amended Complaint, from October 12, 2026 through October 19, 2026.

Plaintiff does not oppose the requested extension.

This is Airbnb's first request to extend the deadline to answer the First Amended Complaint after the Court denied Airbnb's renewed partial motion to dismiss. Airbnb makes this request in good faith and not for delay.

//

//

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. BACKGROUND

Plaintiff filed his First Amended Complaint on April 13, 2026. ECF No. 49. Airbnb thereafter filed a renewed partial motion to dismiss the claims asserted against it under the Nevada Deceptive Trade Practices Act and for negligence per se. ECF No. 50.

On September 28, 2026, the Court held a hearing on Airbnb's motion and denied the motion for the reasons stated on the record. ECF No. 54. The Court advised that the minute order and hearing transcript would constitute the Court's ruling and that no separate written order would issue.

Following the Court's ruling, Airbnb's deadline to file its responsive pleading was October 12, 2026.

Due to an inadvertent calendaring oversight by counsel, that deadline was not properly entered on counsel's calendar. Counsel discovered the oversight shortly after the deadline passed and promptly prepared Airbnb's Answer and Affirmative Defenses and circulated the pleading to Airbnb for review. Additional time is necessary to permit Airbnb a reasonable opportunity to complete its review and for counsel to incorporate any resulting revisions before filing.

Airbnb has conferred with Plaintiff's counsel regarding a brief extension of the response deadline. Plaintiff's counsel does not oppose extending the deadline through October 19, 2026.

## II. GOOD CAUSE SUPPORTS THE REQUESTED EXTENSION.

Federal Rule of Civil Procedure 6(b)(1)(B) permits the Court, for good cause, to extend a deadline after it has expired when a party fails to act due to excusable neglect.

In determining whether neglect is excusable, courts consider, among other things, the danger of prejudice to the opposing party, the length of the delay and its potential impact on the proceedings, the reason for the delay, and whether the movant acted in good faith. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993); see also *Pincay v. Andrews*, 389 F.3d 853, 855–60 (9th Cir. 2004) (en banc).

Those factors support the requested extension here.

First, the delay is modest. Airbnb seeks an eleven-day extension from the original October 12, 2026 deadline to October 23, 2026. The requested period will permit Airbnb to complete its review of the prepared responsive pleading without materially affecting these proceedings.

Second, Plaintiff will suffer no prejudice. Plaintiff's counsel has been advised of the circumstances and does not oppose an extension.

Third, the brief delay will not meaningfully affect the proceedings. Airbnb has already prepared its responsive pleading and seeks only sufficient time to complete final client review before filing.

Fourth, counsel's inadvertent calendaring oversight, not any attempt to delay the proceedings or gain a strategic advantage, caused the missed deadline. Counsel acted promptly upon discovering the oversight by preparing the responsive pleading, conferring with opposing counsel, and seeking relief from the Court.

Finally, Airbnb has acted in good faith throughout. This is the first request to extend this deadline, and Plaintiff does not oppose the requested relief.

Under these circumstances, good cause and excusable neglect exist to permit the brief requested extension.

## III. CONCLUSION

For the foregoing reasons, Airbnb respectfully requests that the Court extend, nunc pro tunc, Airbnb's deadline to file its Answer to the First Amended Complaint from October 12, 2026 through **October 23, 2026.**

DATED this 14th day of October, 2026.

**FENNEMORE CRAIG, P.C.**

*/s/ Caleena S. Braig, Esq.*

Christopher H. Byrd (NV Bar No. 1633)
Chelsie A. Adams (NV Bar No. 13058)
Caleena S. Braig (CO Bar No. 51762) (*Admitted Pro Hac Vice*)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fennemorelaw.com; cadams@fennemorelaw.com; cbraig@fennemorelaw.com
*Attorneys for Defendant, AIRBNB, INC.*

**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd (NV Bar No. 1633)
Chelsie A. Adams (NV Bar No. 13058)
Caleena S. Braig (CO Bar No. 51762) (*Admitted Pro Hac Vice*)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fennemorelaw.com;
cadams@fennemorelaw.com;
cbraig@fennemorelaw.com

*Attorneys for Defendant, AIRBNB, INC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

XIN TAO, *an individual,*

Plaintiff,

v.

RYAN MURPHY, *an individual*; AIRBNB, INC., *a Delaware corporation*, DOES I through X, inclusive,

Defendants.

Case No.: 2:25-cv-00149-JAD-MDC

**ORDER RE: DEFENDANT AIRBNB INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER TO FIRST AMENDED COMPLAINT (FIRST REQUEST)**

THE COURT, having reviewed Defendant Airbnb, Inc.'s Unopposed Motion to Extend Deadline to File Answer to First Amended Complaint (First Request),

GRANTS said Motion and ORDERS that Defendant Airbnb, Inc.'s deadline to file its Answer to the First Amended Complaint is extended, nunc pro tunc, from October 12, 2026 through **October 23, 2026.**

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: October 16, 2026